**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND GLEN BERRY,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN DAVE DAVEY,<br><br>          Respondent. | NO. CV 17-3680-GW(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: January 31, 2018.

                              _____
                                    GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE